# ELECTRONIC RECORD

COA # 07-14-00176-CR          OFFENSE: 22.021

STYLE: Ousmane Wangare v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: Criminal District Court 2

DATE: 01/07/15          Publish: NO   TC CASE #:     1282179D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ousmane Wangare v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 04/29/2015

JUDGE: Per Curiam

CCA #:     112-15

CCA Disposition: _____

DATE:          _____

JUDGE:          _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**